UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALVIN RICE                                                                CIVIL ACTION

VERSUS                                                                     NO. 13-4940

STATE OF LOUISIANA                                                         SECTION "C"(2)

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Calvin Rice for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE